NO. 07-04-0581-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

DECEMBER 21, 2004
_____

REMUDA RANCH, et al.

v.

ARCHER-DANIELS-MIDLAND CO., et al.

v.

AGRIFARM INDUSTRIES, L.L.C., et al.

_____

FROM THE 69TH DISTRICT COURT OF HARTLEY COUNTY;

NO. 4090-H; HON. RON ENNS, PRESIDING
_____

***ORDER***
_____

Before QUINN, REAVIS, and CAMPBELL, JJ.

Pending before the court is the application of Remuda Ranch, a partnership of Thompson Agriplex 1, a trust, Thompson Agriplex 2, a trust, Thompson Agriplex 3, a trust, Thompson Agriplex 4, a trust, and Bruce Thompson (Remuda) for interlocutory appeal under §51.014(d) of the Texas Civil Practice and Remedies Code. Having reviewed the application, the accompanying appendix, and the pertinent statutory provisions, we exercise our discretion to deny the application.

Per Curiam